# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

November 5, 2001

Before

**Hon.** RICHARD D. CUDAHY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

FIRST HEALTH GROUP CORP., formerly known as Healthcare Compare Corp., doing business as The First Health *AFFORDABLE* Medical Networks,
    *Plaintiff-Appellant*,

**No.** 00-3833      **v.**

BCE EMERGIS CORPORATION, formerly known as United Payors & United Providers, Inc., doing business as UP&UP,
    *Defendant-Appellee*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 96 C 2518
James B. Moran, *Judge*.

**Order**

The opinion of this court issued on October 16, 2001, is amended as follows:

Page 2, line 5, delete "or 'silent PPO'";

Page 8, six lines from the bottom, delete "silent or";

Page 9, line 4, replace "silent" with "non-directed";

Page 9, line 10, replace "silent" with "non-directed";

Page 9, line 14, replace "silent" with "other";

Page 9, line 19, replace "silent" with "non-directed";

Page 9, second line from the bottom, replace "silent" with "non-directed";

Page 10, line 10, replace "silent" with "non-directed"; and

Page 10, line 12, replace "silent" with "non-directed".